Judge: Thomas T. Glover
Chapter: 13
Hearing Date: April 28, 2010
Hearing Time: 9:30 a.m.
Hearing Location:
    Marysville Municipal Court
    1015 State Ave. Courtroom 1
    Marysville, WA 98270
Response Date: April 21, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

CHARLIE J BERLIN,

    Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 09-20305-TTG

ORDER DENYING MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION TO PAY OFF THE CONFIRMED CHAPTER 13 PLAN AND RECEIVE EARLY DISCHARGE

THIS MATTER came before the Court upon the Chapter 13 Trustee's objection to motion to modify Chapter 13 plan after confirmation to pay off the confirmed plan and receive early discharge. For the reasons stated on the record, it is

ORDERED that the Debtor's motion to modify his Chapter 13 plan after confirmation to pay off the confirmed plan and receive early discharge is DENIED.

*/s/ Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee

ORDER DENYING MOTION TO MODIFY
CHAPTER 13 PLAN AFTER
CONFIRMATION AND RECEIVE EARLY
DISCHARGE - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282