Judge: Thomas T. Glover
Chapter: 13
Hearing Date: June 23, 2010
Hearing Time: 9:30 a.m.
Hearing Location:
      Marysville Municipal Court
      1015 State Ave. Courtroom 1
      Marysville, WA 98270
Response Date: June 16, 2010

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

CHARLIE J BERLIN,

      Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 09-20305-TTG

ORDER DISALLOWING EXEMPTIONS

THIS MATTER came before the Court on the Chapter 13 Trustee's objections to debtor's amended Schedules C (Docket Nos. 32 and 36) and the debtor's claimed exemptions in those amended schedules. For the reasons stated on the record, it is

ORDERED that the Trustee's objections to debtor's amended Schedules C are sustained; and

ORDERED that the debtor's claimed exemption(s) for his 2009 – 2012 tax refunds is DISALLOWED.

_Thomas T. Glover_

Thomas T. Glover
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

Presented by:

_/s/ K. Michael Fitzgerald_
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee

ORDER DISALLOWING EXEMPTIONS - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282